UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**JEREMY RAY LOVELADY**,                    Case No. 2:14-cv-00769-KI

        Plaintiff,                    JUDGMENT

  v.

**DOCTOR BEAMER and MEDICAL MANAGER WETTLAUGHER**,

        Defendants.


Jeremy R. Lovelady
Eastern Oregon Correctional Institution
2500 Westgate
Pendleton, OR 97801

    Pro Se Plaintiff

Ellen F. Rosenblum
Attorney General

Page 1 - JUDGMENT

Vanessa A. Nordyke
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

    Attorneys for Defendants

KING, Judge:

Based on the record, this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED this <u>  17th  </u> day of December, 2014.


                                      <u>  /s/ Garr M. King    </u>
                                      Garr M. King
                                      United States District Judge